sUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Emmanuel Castillo, *on behalf of himself and others similarly situated*,

                              Plaintiff,

          -against-

Ricardo LLC, et al.,

                              Defendants.

1:25-cv-08022 (PAE) (SDA)

ORDER FOR
CHEEKS SETTLEMENT SUBMISSION

**STEWART D. AARON, United States Magistrate Judge:**

This case contains one or more claims arising under the Fair Labor Standards Act. The parties apprised the Court on March 19, 2026 that a settlement had been reached. (ECF No. 22.) In light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties must file a joint letter or motion that addresses whether the settlement is fair and reasonable.

Any such letter or motion shall be filed by Thursday, April 23, 2026, and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiffs' claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's hours expended and

the relevant experience of the attorney(s). A copy of the settlement agreement itself must accompany the joint letter or motion.

**In addition, the parties are advised that they may consent to Magistrate Judge Aaron for the purposes of *Cheeks* review by filling out the form available at https://nysd.uscourts.gov/hon-stewart-d-aaron and filing it to the docket.**

**SO ORDERED.**

Dated:          New York, New York
                March 24, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2