UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMANUEL CASTILLO, on behalf of himself and others similarly situated, | |
| Plaintiff, | Case No.: 1:25-cv-8022 |
| v. | |
| RICARDO LLC, EDWARD MATEUS, and JAMES a/k/a "JIMMY" MATEUS, | |
| Defendants. | |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 68, Plaintiff

Emmanuel Castillo accepts Defendants' Offer of Judgment of $10,000 in the above captioned

action. Defendants' Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 is submitted

herewith.

Dated: New York, New York
     April 21, 2026

By: /s/ Denise A. Schulman
Denise A. Schulman
JOSEPH & KIRSCHENBAUM LLP
45 Broadway, Suite 320
New York, NY 10006
212-688-5640

*Attorneys for Plaintiff*

1