**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EMMANUEL CASTILLO, on behalf of himself
and others similarly situated,

        Plaintiff,

      v.

RICARDO LLC, EDWARD MATEUS, and
JAMES a/k/a "JIMMY" MATEUS,

        Defendants.

Civil Action No.: 1:25-cv-8022

**OFFER OR JUDGMENT**

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants hereby offer to allow judgment to be taken against Ricardo LLC, Edward Mateus and James a/k/a "Jimmy" Mateus, in favor of Plaintiff Emmanuel Castillo ("Plaintiff") in the sum of Ten Thousand Dollars and No Cents ($10,000.00), inclusive of all attorneys' fees and costs [1] with respect to all of his Fair Labor Standards Act claims against Defendants Ricardo LLC, Edward Mateus, and James a/k/a "Jimmy" Mateus. Such amount shall be funded no later than fourteen (14) days after entry of judgment.  This Offer of Judgment is limited to Plaintiff's claims under the Fair Labor Standards Act and does not resolve any other claims asserted or that could have been asserted by Plaintiff

       This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as either an admission of liability on the part of Defendants or that Plaintiff has suffered any damages. Further, this Offer of Judgment, if accepted, is not admissible as evidence of liability or for any other purpose whatsoever in any proceeding against Defendants, other than a proceeding by Plaintiff to enforce the Judgement against Defendants Ricardo LLC, Edward Mateus, and James a/k/a "Jimmy" Mateus.

       This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure and shall be deemed withdrawn unless Plaintiff serves written notice of acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except as provided in Rule 68 of the Federal Rules of Civil Procedure (i.e., in proceedings to determine costs).

---

[1] Of the $10,000 offer, $3,333.33 shall be for attorneys' fees and costs accrued to date by Plaintiff in prosecuting the FLSA claims.

Under the terms of Fed. R. Civ. P. 68, if this Offer of Judgment is not accepted within fourteen days (14), and the judgment finally entered in this case in favor of Plaintiffs is not more favorable that this Offer of Judgment, then Plaintiffs claim for costs shall be extinguished and Plaintiff shall be required to pay Defendants' costs incurred after the date of this Offer of Judgment.

Dated: New York, New York
        April 20, 2026

**FOR DEFENDANTS**

Ricardo LLC, Edward Mateus, and James a/k/a "Jimmy" Mateus

By: _____
        William Brown, Esq.
        Brown Kwon & Lam, LLP
        521 5th Avenue, 17th Floor
        New York, New York 10175
        wbrown@bkllawyers.com