**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

EMMANUEL CASTILLO, on behalf of himself and others similarly situated,

        Plaintiff,

    v.

RICARDO LLC, EDWARD MATEUS, and JAMES a/k/a "JIMMY" MATEUS,

        Defendants.

Case No.: 1:25-cv-8022

~~[PROPOSED]~~ **JUDGMENT IN FAVOR OF EMMANUEL CASTILLO**

---

**WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants RICARDO LLC, EDWARD MATEUS, and JAMES a/k/a "JIMMY" MATEUS ("Defendants") having offered to allow Plaintiff Emmanuel Castillo ("Plaintiff") to take a judgment against it in the sum of $10,000.00 to resolve all of Plaintiff's Fair Labor Standards Act ("FLSA") claims against Defendants, in accordance with the terms and conditions of the Rule 68 Offer of Judgment dated April 20, 2026;

**WHEREAS,** on April 21, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of the Rule 68 Offer of Judgment; and

**WHEREAS,** Plaintiff has filed a Stipulation of Dismissal with respect to any remaining claims in the Action; and

**NOW THEREFORE,** this Court Orders the $10,000.00 judgment to be entered against RICARDO LLC, EDWARD MATEUS, and JAMES a/k/a "JIMMY" MATEUS,

FP 62204003.2

1.      In accordance with the Offer of Judgment, this Judgment shall not be construed as either an admission of liability on the part of Defendants, or any of them, or that Plaintiff has suffered any damages.

2.      The Clerk of the Court is respectfully directed to close this case.

**IT IS SO ORDERED.**

Dated: April 23, 2026

_____
Hon. Paul A. Engelmayer, U.S.D.J.

FP 62204003.2